SAM EDDY POLK V. THE STATE.

No. 9911.    Delivered December 9, 1925.

**Theft of Hog—No Statement of Facts—No Bills of Exception.**

There are no bills of exception nor statement of facts in this record, and no fundamental errors being shown, the cause is affirmed.

Appeal from the District Court of San Augustine County. Tried below before the Hon. V. H. Stark, Judge.

Appeal from a conviction for theft of a hog, penalty two years in the penitentiary.

*J. R. Bogard,* of San Augustine, for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Upon his trial for hog theft in the District Court of San Augustine County, appellant was convicted and given two years in the penitentiary.

The record is before us without any statement of facts or bills of exception. The indictment charges the offense, and the charge of the court correctly applied the law.

Finding no error in the record, the judgment will be affirmed.

*Affirmed.*